# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BDC/ANAHEIM, LLC, | Case No. 8:23-cv-01732-JWH-DFM |
|     Plaintiff, | |
|   v. | **JUDGMENT** |
| RB ANAHEIM MANAGEMENT, LLC, | |
|     Defendant. | |
| RB ANAHEIM MANAGEMENT, LLC, | |
|     Counterclaimant, | |
|   v. | |
| BDC/ANAHEIM, LLC, | |
|     Counterdefendant. | |

Pursuant to the "Order Granting Defendant and Counterclaimant's Motion for Default Judgment [ECF No. 50]" entered substantially contemporaneously herewith,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This Court possesses subject matter jurisdiction over the above-captioned action pursuant to 28 U.S.C. § 1332(a).

2. Defendant and Counterclaimant RB Anaheim Management, LLC shall have **JUDGMENT** in its **FAVOR**, and **AGAINST** Plaintiff and Counterdefendant BDC/Anaheim, LLC, in the amount of $1,101,416.33 (which consists of the total contractual damages of $858,447.00; $234,519.71 in attorneys' fees; and $8,449.62 in costs).

3. Other than potential post-judgment remedies, to the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: January 27, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE